No. 99–658. CASTILLO ET AL. v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 528 U. S. 1109.] Motion for appointment of counsel granted, and it is ordered that Stanley Rentz, Esq., of Waco, Tex., be appointed to serve as counsel for petitioner Graeme Leonard Craddock in this case. Request for expenses and attorney's fees denied without prejudice.

No. 99–830. STENBERG, ATTORNEY GENERAL OF NEBRASKA, ET AL. v. CARHART. C. A. 8th Cir. [Certiorari granted, 528 U. S. 1110.] Motion of Rutherford Institute for leave to file a brief as *amicus curiae* granted.

No. 99–8861. IN RE DEVORE;
No. 99–8869. IN RE DUMORNAY; and
No. 99–8918. IN RE JONES. Petitions for writs of habeas corpus denied.

No. 99–7504. LOPEZ v. DAVIS, WARDEN, ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 98–9563. ASHFORD v. GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–9840. BUI v. DIPAOLO, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–538. BOCK, ADMINISTRATOR OF THE ESTATE OF BOCK, DECEASED v. ST. LOUIS SOUTHWESTERN RAILWAY CO. C. A. 8th Cir. Certiorari denied.

No. 99–863. PRINCE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–1040. PORT OF PORTLAND v. RONNE ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1179. POWER ENGINEERING CO. ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.